Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-4600/FAX: (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**AMIEE STANLEY,**

    Plaintiff,

    v.

CAROLYN COLVIN,
Acting Commissioner, Social Security
Administration,

    Defendant.

3:13-cv-00471-PK

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that: attorney fees in the amount of $7,980.37 and expenses in the amount of $111.87, pursuant to 28 U.S.C § 2412, and costs in the amount of $354.65, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $8,285.72. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: 21ST day of October, 2014

                                                  UNITED STATES MAGISTRATE JUDGE

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – A. STANLEY